UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-342-D-RN

| VANLINER INSURANCE COMPANY, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| ZIPPY SHELL, INC., | ) |  |
| Defendant. | ) |  |

Upon the motion of Plaintiff Vanliner Insurance Company to seal Exhibit D to the Declaration of Teresa McNail, submitted in support of its motion for summary judgment, and set out in Plaintiff's Appendix to Local Civil Rule 56.1 Statement of Material Facts, on the grounds that the documents are medical records required to be submitted under seal pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 79.2;

AND IT APPEARING TO THE COURT good cause has been shown for the granting of this motion;

AND IT APPEARING TO THE COURT that Plaintiff has demonstrated the necessity and propriety of sealing the documents at issue;

AND IT APPEARING TO THE COURT that the request to seal the documents overcomes any common law or First Amendment presumption to access;

AND IT APPEARING TO THE COURT that the specific qualities of the material to be sealed justify that they be sealed taking into account the competing interest in access;

AND IT APPEARING TO THE COURT that any alternatives to sealing are not adequate;

IT IS THEREFORE ORDERED that Plaintiff's Motion to Seal be GRANTED and Exhibit D to the Declaration of Teresa McNail submitted to this Court in support of plaintiff's motion for summary judgment will be filed under seal.

SO ORDERED. This the **15** day of September, 2024.

JAMES C. DEVER III
United States District Judge